# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00079-CV

### In re WC 4th and Rio Grande LP

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Ellis

Filed: April 16. 2026